IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:16-CV-373-GCM-DCK

| | |
|---|---|
| HAROLD A. REECE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Stay Of Time To File Plaintiff's Dispositive Motion And Supporting Memorandum" (Document No. 9) filed April 11, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Defendant's counsel, the undersigned will <u>grant</u> the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the "Motion For Stay Of Time To File Plaintiff's Dispositive Motion And Supporting Memorandum" (Document No. 9) is **GRANTED with modification**.

**IT IS FURTHER ORDERED** that Plaintiff's deadline for filing a Motion for Summary Judgment and Supporting Memorandum or a Status Report is due on or before **May 15, 2017**.

Signed: April 12, 2017

David C. Keesler
United States Magistrate Judge