IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16CV373-GCM-DCK

| | |
|---|---|
| HAROLD A. REECE, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> NANCY A. BERRYHILL, ) </br> Acting Commissioner of Social Security, ) </br> ) </br> Defendant. ) </br> _____ ) | **ORDER** |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate David C. Keesler, filed January 30, 2018.

After an independent and thorough review of the magistrate's memorandum, Defendant's objections thereto, and a de novo review of the record, the Court concludes that the recommendation to grant Plaintiff's Motion for Summary Judgment and deny the Commissioner's Motion for Summary Judgment is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, Plaintiff's Motion for Summary Judgment is GRANTED, the Commissioner's Motion for Summary Judgment is DENIED, the Commissioner's determination is VACATED, and this matter is REMANDED for further consideration in accordance with the memorandum and recommendation.

**IT IS THEREFORE ORDERED** that the memorandum and recommendation of the magistrate is hereby **AFFIRMED**.

Signed: March 19, 2018

Graham C. Mullen
United States District Judge